IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SUSAN M. GRANT and REX BECK, husband and wife, | ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV66 |
| v. | ) ) | |
| PHARMAVITE, LLC, a California Limited Liability Company, and NATRACEUTICAL CORP., d/b/a SOLARAY, a foreign corporation, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the stipulated protective order (Filing No. 28).  Pursuant thereto,

IT IS ORDERED that the stipulated protective order is adopted; the parties shall comply with the terms contained therein.

DATED this 24th day of June, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court