IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
SUSAN M. GRANT and REX BECK,  )
husband and wife,             )
                              )
            Plaintiffs,       )          8:05CV66
                              )
        v.                    )
                              )
PHARMAVITE, LLC, a California )           ORDER
Limited Liability Company,    )
and NATRACEUTICAL CORP.,      )
d/b/a SOLARAY, a foreign      )
corporation,                  )
                              )
            Defendants.       )
_____)
```

This matter is before the Court on the stipulation to extend deadlines for disclosure of expert witnesses (Filing No. 57).  Pursuant thereto,

IT IS ORDERED that plaintiffs shall have until March 6, 2006, and the defendants shall have until May 3, 2006, to disclose expert witnesses with reports.  All other terms of the progression order remain in full force and effect.

DATED this 3rd day of February, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court