IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SUSAN M. GRANT and REX BECK, husband and wife, | ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV66 |
| v. | ) ) | |
| PHARMAVITE, LLC, a California Limited Liability Company, and NATRACEUTICAL CORP., d/b/a SOLARAY, a foreign corporation, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on plaintiff's motion to extend deadline for disclosure of expert witnesses (Filing No. 61). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiffs shall have until April 3, 2006, and the defendants shall have until May 31, 2006, to disclose expert witnesses with reports. All other terms of the progression order remain in full force and effect.

DATED this 23rd day of March, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court