IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SUSAN M. GRANT and REX BECK, husband and wife, | ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV66 |
| v. | ) ) | |
| PHARMAVITE, LLC, a California Limited Liability Company, and NATRACEUTICAL CORP., d/b/a SOLARAY, a foreign corporation, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the stipulation to extend deadlines for disclosure of expert witnesses (Filing No. 75). The Court finds said stipulation should be adopted. Accordingly,

IT IS ORDERED that defendants shall have until June 14, 2006, to disclose expert witnesses with reports. All other terms of the progression order remain in full force and effect.

DATED this 31st day of May, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court