```
          IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

SUSAN M. GRANT and REX BECK,   )
husband and wife,              )
                               )
               Plaintiffs,     )          8:05CV66
                               )
          v.                   )
                               )
PHARMAVITE, LLC, a California  )          ORDER
Limited Liability Company,     )
and NATRACEUTICAL CORP.,       )
d/b/a SOLARAY, a foreign       )
corporation,                   )
                               )
               Defendants.     )
_____)
```

This matter is before the Court on plaintiffs' motion for extension of time in which to file reply brief (Filing No. 101). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; plaintiffs shall have until July 3, 2006, to file a reply brief in opposition to defendants' motions in limine/Daubert motions.

DATED this 16th day of June, 2006.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                                 LYLE E. STROM, Senior Judge
                                 United States District Court