```
           IN THE UNITED STATES DISTRICT COURT FOR THE

                        DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| SUSAN M. GRANT and REX BECK, ) | | |
| husband and wife, ) | | |
| ) | | |
| Plaintiffs, ) | 8:05CV66 | |
| ) | | |
| v. ) | | |
| ) | | |
| PHARMAVITE, LLC, a California ) | ORDER | |
| Limited Liability Company, ) | | |
| and NUTRACEUTICAL CORP., ) | | |
| d/b/a SOLARAY, a foreign ) | | |
| corporation, ) | | |
| ) | | |
| Defendants. ) | | |
| _____) | | |

This matter is before the Court on defendants' motions in limine and to exclude testimony (Filing Nos. 81, 82, 83 and 93). Accordingly,

IT IS ORDERED that said motions are scheduled for oral argument on:

**Wednesday, September 6, 2006, at 10 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse 111 South 18th Plaza, Omaha, Nebraska.

DATED this 18th day of August, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court